# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TANDA VAUGHN,                              :

           Plaintiff,
                    Case No. 3:08-cv-377

      -vs-                    District Judge Walter Herbert Rice
                               Magistrate Judge Michael R. Merz

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,


           Defendant.                      :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 5, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Attorney Fees (Doc. No. 19) in the amount of Five Thousand Three Hundred Dollars ($5,300.00) be, and it hereby is, granted.

September 10, 2012.

                                                             Walter Herbert Rice
                                                             United States District Judge